**Fill in this information to identify the case:**

Debtor name  **Pielicious, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **18-02932-5**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 21, 2018**

X **/s/ Young Lee**
Signature of individual signing on behalf of debtor

**Young Lee**
Printed name

**Owner**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Pielicious, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **18-02932-5**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................... $      **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................... $   **55,157.22**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................ $   **55,157.22**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $   **31,605.15**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $   **5,691.44**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$   **680,269.34**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b         $   **717,565.93**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pielicious, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **18-02932-5** |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account   Last 4 digits of account number | |
| 3.1. | **Bank of America** | **Checking**          **4713** | $138.55 |
| 3.2. | **Bank of America** | **Checking**          **4218** | $0.00 |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** | $138.55 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:      Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **TP Ninth Street Apartments, LLC** | $8,186.67 |
| 7.2. | **Duke Energy Utility Deposit** | $870.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Pielicious, Inc.** | Case number *(if known)* **18-02932-5** |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | | |
   |---|---|
   | | **$9,056.67** |

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:

   | face amount | | doubtful or uncollectible accounts | |
   |---|---|---|---|
   | **324.00** | - | **0.00** = .... | **$324.00** |

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

   | | |
   |---|---|
   | | **$324.00** |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Milk, dairy, flour, sugar and other food items** | | **$0.00** | | **$1,500.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Paper goods and packaging** | | **$0.00** | | **$1,000.00** |

23. **Total of Part 5.**

   Add lines 19 through 22. Copy the total to line 84.

   | | |
   |---|---|
   | | **$2,500.00** |

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      

Debtor  **Pielicious, Inc.**                                     Case number *(If known)*  **18-02932-5**
        Name

■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☐ No
     ■ Yes. Book value _____ 0  Valuation method _____  Current Value _____ 2500

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See attached list | $0.00 | | $43,138.00 |

51.  **Total of Part 8.**                                                                         | $43,138.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

Debtor    **Pielicious, Inc.**
Name

Case number *(If known)*    **18-02932-5**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Pielicious, Inc.**
Name

Case number *(If known)*  **18-02932-5**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $138.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,056.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $324.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $43,138.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $55,157.22 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $55,157.22 |

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 5

**Fill in this information to identify the case:**

Debtor name    **Pielicious, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-02932-5**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.1   Cap Call**
Creditor's Name

**Attn: Managing Agent**
**122 East 42nd Street, Suite 2112**
**New York, NY 10168**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/6/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien on personal property**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **$22,800.00** | **$55,157.33** |

---

**2.2   Corporation Service Company**
Creditor's Name

**Attn: Managing Agent**
**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Notice purposes only**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| $0.00 | $0.00 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Pielicious, Inc.**

    Name

Case number (*if know*)    **18-02932-5**

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Simply Funding, LLC** | | |
|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**55 Broadway, Suite 1902**
**New York, NY 10006**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Notice purposes only**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

---

| 2.4 | **United Restaurant Equipment** | | |
|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**2654 S. Saunders Street**
**Raleigh, NC 27603**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/24/2017**

**Last 4 digits of account number**
**4675**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien on personal property**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,501.10    $55,157.22

---

| 2.5 | **US Foods, Inc.** | | |
|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**1500 NC Hwy 39**
**Zebulon, NC 27597**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket lien on personal property**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No

$5,304.05    $55,157.22

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 3

| | | |
|---|---|---|
| Debtor | **Pielicious, Inc.** | |
| | Name | |

Case number (if know)    **18-02932-5**

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**1/31/2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6990**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

**2.6    World Business Lenders, LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Notice purposes only**

**Unknown**    **$0.00**

**Attn: Managing Agent**
**101 Hudson Street, 33rd Floor**
**Jersey City, NJ 07302**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2583**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$31,605.15**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Pielicious, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **18-02932-5**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Anisa Cooprider**<br>**914 Markham Ave**<br>**Durham, NC 27701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $362.61 | $362.61 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Antonio Bailey**<br>**700 Morreene Rd**<br>**Durham, NC 27705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $249.22 | $249.22 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    36254                    Best Case Bankruptcy

| Debtor | **Pielicious, Inc.** | Case number (if known) | **18-02932-5** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.50 | $263.50 |
|---|---|---|---|---|

**Caitlin Poole-Holloway**
**1004 Lynn Road**
**Durham, NC 27703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.62 | $120.62 |
|---|---|---|---|---|

**Charles Young**
**7 Hawaii Ct**
**Durham, NC 27707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,269.24 | $1,269.24 |
|---|---|---|---|---|

**Chris Herbert**
**1405 Fidelity Drive**
**Durham, NC 27703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|---|---|---|---|---|

**Christine Davis**
**519 Dawley Drive**
**Fuquay Varina, NC 27526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Pielicious, Inc.** | Case number (if known) | **18-02932-5** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dept. of Employment Security**
**Attn: Managing Agent**
**P.O. Box 25903**
**Raleigh, NC 27611-5903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Durham County Tax**
**Administration**
**200 East Main Street**
**1st Floor, Old Courthouse**
**Durham, NC 27701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$303.50** | **$303.50** |
|---|---|---|---|---|

**Evan Morgan**
**722 Turmeric Lane**
**Durham, NC 27713**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$54.23** | **$54.23** |
|---|---|---|---|---|

**Grace Szigethy**
**1406 N Duke Street**
**Durham, NC 27701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Pielicious, Inc.** | Case number (if known) | **18-02932-5** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19114-0326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$247.17** | **$247.17** |
|---|---|---|---|---|

**Jessica Sattler**
**606 Nottinghill Walk**
**Apex, NC 27502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$142.55** | **$142.55** |
|---|---|---|---|---|

**Martina Tran**
**4631 Myers Park Drive**
**Durham, NC 27705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$233.46** | **$233.46** |
|---|---|---|---|---|

**NC Department of Revenue**
**Attn: Bankruptcy Department**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Pielicious, Inc.** | Case number (if known) | **18-02932-5** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.24 | $246.24 |
|---|---|---|---|---|

**2.15** Priority creditor's name and mailing address

**Sarah Olmeda**
**5215 Lacy Road**
**Durham, NC 27713**

As of the petition filing date, the claim is: **$246.24**  **$246.24**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address

**Tiffany Newman**
**401 Cardens Lane**
**Durham, NC 27701**

As of the petition filing date, the claim is: **$317.52**  **$317.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address

**Tyshaun Shuler**
**1935 Crowell St**
**Durham, NC 27707**

As of the petition filing date, the claim is: **$481.58**  **$481.58**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**American Express Business**
**Attn: Managing Agent**
**PO Box 981535**
**El Paso, TX 79998**

As of the petition filing date, the claim is: *Check all that apply.*  **$13,098.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1005**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Aramark**
**Attn: Managing Agent**
**2680 Palumbo Drive**
**Lexington, KY 40509**

As of the petition filing date, the claim is: *Check all that apply.*  **$1,201.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3952**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Pielicious, Inc.**

Case number (if known)    **18-02932-5**

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,111.50 |
|---|---|---|---|

**Chapel Hill Magazine**
Attn: Managing Agent
1777 Fordham Blvd, Suite 105
Chapel Hill, NC 27514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number  __2472__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Dail Mechanical**
Attn: Managing Agent
3200-110 Glen Royal Road
Raleigh, NC 27617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number  __017C__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $958.20 |
|---|---|---|---|

**Duke Energy**
Attn: Managing Agent
PO Box 70576
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Utilities__

Last 4 digits of account number  __9258__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Durham Bulls Baseball Club, Inc.**
Attn: Nick Bavin
PO Box 601329
Charlotte, NC 28260-1329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387.55 |
|---|---|---|---|

**Durham Coca-Cola**
Attn: Managing Agent
PO Box 2627
Durham, NC 27715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number  __7704__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**Ecotek**
Attn: Managing Agent
2210 Page Rd, Suite 108
Durham, NC 27703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $887.00 |
|---|---|---|---|

**Fish Window Cleaning**
Attn: Managing Agent
PO Box 170
Morrisville, NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pielicious, Inc.** | Case number (if known) | **18-02932-5** |
|---|---|---|---|

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,080.00 |
|---|---|---|---|
| | Gecko Hospitality<br>Attn: Managing Agent<br>Dept 4542<br>Carol Stream, IL 60122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __6546__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,679.67 |
|---|---|---|---|
| | Gordon Food Service<br>Attn: Managing Agent<br>PO Box 88029<br>Chicago, IL 60680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __6088__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $922.25 |
|---|---|---|---|
| | Hotschedules<br>Attn: Managing Agent<br>PO Box 848472<br>Durham, NC 27703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __7019__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.40 |
|---|---|---|---|
| | Imperial Dade<br>Attn: Managing Agent<br>9601 NW 112th Ave<br>Miami, FL 33178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168.00 |
|---|---|---|---|
| | Irving Torres Branding<br>Attn: Irving Torres<br>2580 C Street<br>San Diego, CA 92102-2190 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $457.52 |
|---|---|---|---|
| | Jive Communications<br>Attn: Managing Agent<br>1275 West 1600 North, Suite 100<br>Orem, UT 84057 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __1705__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $699.47 |
|---|---|---|---|
| | Kitchensync<br>Attn: Managing Agent<br>925 North La Brea Ave<br>Los Angeles, CA 90038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pielicious, Inc.** | | Case number (if known) | **18-02932-5** |
|---|---|---|---|---|
| | Name | | | |

---

**3.17**

**Nonpriority creditor's name and mailing address**
**Leasing Innovations, Inc.**
**Attn: Managing Agent**
**15 Court Square, Suite 520**
**Boston, MA 02108**

Date(s) debt was incurred __

Last 4 digits of account number __**1817**__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**For Notice Purposes Only**__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.18**

**Nonpriority creditor's name and mailing address**
**Mood Media**
**Attn: Managing Agent**
**3318 Lakemont Blvd**
**Fort Mill, SC 29708**

Date(s) debt was incurred __

Last 4 digits of account number __**2064**__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

**$349.21**

---

**3.19**

**Nonpriority creditor's name and mailing address**
**Netfriends**
**Attn: Managing Agent**
**327 Main Street**
**Durham, NC 27701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

**$1,191.76**

---

**3.20**

**Nonpriority creditor's name and mailing address**
**OSM Solutions**
**Attn: Managing Agent**
**1205 Taulbee Lane**
**Austin, TX 78757**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

**$1,068.43**

---

**3.21**

**Nonpriority creditor's name and mailing address**
**Pie Hole, LLC**
**Attn: Managing Agent**
**1300 Factory Place, Suite 205**
**Los Angeles, CA 90013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Franchise Agreement**__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.22**

**Nonpriority creditor's name and mailing address**
**PSNC**
**Attn: Managing Agent**
**PO Box 100256**
**Columbia, SC 29202-3256**

Date(s) debt was incurred __

Last 4 digits of account number __**5382**__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Utilities**__

Is the claim subject to offset? ■ No ☐ Yes

**$186.62**

---

**3.23**

**Nonpriority creditor's name and mailing address**
**Revel Systems**
**Attn: Managing Agent**
**303 2nd St, North Tower, Suite 550**
**San Francisco, CA 94107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

**$1,337.42**

---

| Debtor | **Pielicious, Inc.** | Case number (*if known*) | **18-02932-5** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.71 |
|---|---|---|---|

**Roberts Oxygen**
**Attn: Managing Agent**
**PO Box 5507**
**Derwood, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __8755__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $341.55 |
|---|---|---|---|

**SecurTek**
**Attn: Managing Agent**
**809 Center Street**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.00 |
|---|---|---|---|

**Shimar Recycling, Inc.**
**Attn: Managing Agent**
**PO Box 11219**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,914.31 |
|---|---|---|---|

**TP Ninth Street Apartments, LLC**
**Blue Ridge Realty Attn: Prop Mgr**
**2501 Blue Ridge Road, Suite 280**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,295.00 |
|---|---|---|---|

**University Sports Publications**
**Attn: Managing Agent**
**1821 Hillandale Rd**
**Durham, NC 27705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __7118__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $637,018.55 |
|---|---|---|---|

**Young & Surelyne Lee**
**2408 Mynster Drive**
**Apex, NC 27523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Equity Contribution to Pielicious, Inc.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor    **Pielicious, Inc.**
_____
Name

Case number (if known)    **18-02932-5**
_____

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      **5,691.44** |
| **5b. Total claims from Part 2** | 5b. + | $      **680,269.34** |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $      **685,960.78** |

**Fill in this information to identify the case:**

Debtor name __**Pielicious, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**18-02932-5**__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Dishwasher** | |
| State the term remaining | **Month to month** | **Auto-Chlor**<br>**Attn: Managing Agent**<br>**3201 Wellington Ct**<br>**Raleigh, NC 27615** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Televisions** | |
| State the term remaining | **3 Years** | **Mood Media**<br>**Attn: Managing Agent**<br>**3318 Lakemont Blvd**<br>**Fort Mill, SC 29708** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
| State the term remaining | **9 years** | **Pie Hole, LLC**<br>**Attn: Managing Agent**<br>**1300 Factory Place, Suite 205**<br>**Los Angeles, CA 90013** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 810 Ninth Street, Suite 130, Durham** | |
| State the term remaining | **Expires 8/31/27** | **TP Ninth Street Apartments, LLC**<br>**Attn: Property Manager**<br>**2501 Blue Ridge Road, Suite 280**<br>**Raleigh, NC 27607** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pielicious, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **18-02932-5** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Surelyne Lee** | **2408 Mynster Drive Apex, NC 27523** | **Leasing Innovations, Inc.** | ☐ D ____ ☑ E/F **3.17** ☐ G ____ |
| 2.2 | **Surelyne Lee** | **2408 Mynster Drive Apex, NC 27523** | **World Business Lenders, LLC** | ☑ D **2.6** ☐ E/F ____ ☐ G ____ |
| 2.3 | **Surelyne Lee** | **2408 Mynster Drive Apex, NC 27523** | **Simply Funding, LLC** | ☑ D **2.3** ☐ E/F ____ ☐ G ____ |
| 2.4 | **Young Lee** | **2408 Mynster Drive Apex, NC 27523** | **Leasing Innovations, Inc.** | ☐ D ____ ☑ E/F **3.17** ☐ G ____ |
| 2.5 | **Young Lee** | **2408 Mynster Drive Apex, NC 27523** | **World Business Lenders, LLC** | ☑ D **2.6** ☐ E/F ____ ☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Pielicious, Inc.**                                              Case number *(if known)*    **18-02932-5**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| 2.6 | **Young Lee** | **2408 Mynster Drive**<br>**Apex, NC 27523** | **Simply Funding, LLC** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Pielicious, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**18-02932-5**__

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$188,701.01** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$229,309.53** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor    **Pielicious, Inc.**    Case number *(if known)*  **18-02932-5**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **TP Ninth Street Apartments, LLC**<br>**Blue Ridge Realty Attn: Prop Mgr**<br>**2501 Blue Ridge Road, Suite 280**<br>**Raleigh, NC 27607** | **Various dates from March 2018-May 2018** | **$35,880.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.2. | **Gordon Food Service**<br>**Attn: Managing Agent**<br>**PO Box 88029**<br>**Chicago, IL 60680** | **Various dates from March 2018-May 2018** | **$15,642.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **US Foods, Inc.**<br>**Attn: Managing Agent**<br>**1500 NC Hwy 39**<br>**Zebulon, NC 27597** | **Various dates from March 2018-May 2018** | **$12,439.58** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Pie Hole, LLC**<br>**Attn: Managing Agent**<br>**1300 Factory Place, Suite 205**<br>**Los Angeles, CA 90013** | **5/14/18, 5/22/18 and 5/29/18** | **$8,632.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Franchise Royalty** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

Debtor    **Pielicious, Inc.**                                                      Case number *(if known)*   **18-02932-5**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Store window, was cracked due to heat between the TV and window** | **None** | **5/2/18** | **Unknown** |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hendren, Redwine & Malone, PLLC 4600 Marriott Drive, Suite 150 Raleigh, NC 27612** | | **6/7/18** | **$3,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

Debtor    **Pielicious, Inc.**                                    Case number *(if known)*   **18-02932-5**

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Pielicious, Inc.**                                                                      Case number *(if known)*   **18-02932-5**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America Attn: Managing Agent 1515 N Gregson Street Durham, NC 27701** | **XXXX-6432** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **2/8/18** | **$0.00** |
| 18.2. | **Union Bank Attn: Managing Agent 1405 Bradford View Drive Cary, NC 27519** | **XXXX-6392** | ☐ Checking ☐ Savings ☑ Money Market ☐ Brokerage ☐ Other__ | **7/31/17** | **$0.00** |
| 18.3. | **Union Bank Attn: Managing Agent 1405 Bradford View Drive Cary, NC 27519** | **XXXX-2504** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **11/6/17** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage 3828 NC 55 Highway Cary, NC 27519** | **Young and Surelyne Lee 2408 Mynster Drive Apex, NC 27519** | **Ice Cream Freezer** | ☐ No ☑ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

Debtor    Pielicious, Inc.    Case number (if known)  18-02932-5

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    **Proactive Accounting<br>Attn: Managing Agent<br>1750 Maynard Road<br>Suite 114<br>Cary, NC 27513** | **2/17-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Pielicious, Inc.**    Case number *(if known)* **18-02932-5**

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Proactive Accounting**<br>**1750 Maynard Road**<br>**Suite 114**<br>**Cary, NC 27513** | |
| 26c.2. **Young Lee**<br>**2408 Mynster Drive**<br>**Apex, NC 27523** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Young Lee** | **2408 Mynster Drive**<br>**Apex, NC 27523** | **President** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Surelyne Lee** | **2408 Mynster Drive**<br>**Apex, NC 27523** | **Vice president** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Pielicious, Inc.**                                    Case number *(if known)*  **18-02932-5**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Young & Surelyne Lee**<br>**2408 Mynster Drive**<br>**Apex, NC 27523** | **$39,960** | **Various dates from 2/12/18-6/6/18** | **Distribution** |
| | **Relationship to debtor**<br>**President and Vice president** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2018**

**/s/ Young Lee**                                    **Young Lee**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of North Carolina

| | | | |
|---|---|---|---|
| In re | **Pielicious, Inc.** | Case No. | **18-02932-5** |
| | Debtor(s) | Chapter | **7** |

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 21, 2018**                                  **/s/ Young Lee**
                                                        **Young Lee/Owner**
                                                        Signer/Title

American Express Business
Attn: Managing Agent
PO Box 981535
El Paso, TX 79998

Charles Young
7 Hawaii Ct
Durham, NC 27707

Durham County Tax Administration
200 East Main Street
1st Floor, Old Courthouse
Durham, NC 27701

Anisa Cooprider
914 Markham Ave
Durham, NC 27701

Chris Herbert
1405 Fidelity Drive
Durham, NC 27703

Ecotek
Attn: Managing Agent
2210 Page Rd, Suite 108
Durham, NC 27703

Antonio Bailey
700 Morreene Rd
Durham, NC 27705

Christine Davis
519 Dawley Drive
Fuquay Varina, NC 27526

Evan Morgan
722 Turmeric Lane
Durham, NC 27713

Aramark
Attn: Managing Agent
2680 Palumbo Drive
Lexington, KY 40509

Corporation Service Company
Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708

Fish Window Cleaning
Attn: Managing Agent
PO Box 170
Morrisville, NC 27560

Auto-Chlor
Attn: Managing Agent
3201 Wellington Ct
Raleigh, NC 27615

Dail Mechanical
Attn: Managing Agent
3200-110 Glen Royal Road
Raleigh, NC 27617

Gecko Hospitality
Attn: Managing Agent
Dept 4542
Carol Stream, IL 60122

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

Dept. of Employment Security
Attn: Managing Agent
P.O. Box 25903
Raleigh, NC 27611-5903

Gordon Food Service
Attn: Managing Agent
PO Box 88029
Chicago, IL 60680

Caitlin Poole-Holloway
1004 Lynn Road
Durham, NC 27703

Duke Energy
Attn: Managing Agent
PO Box 70576
Charlotte, NC 28272

Grace Szigethy
1406 N Duke Street
Durham, NC 27701

Cap Call
Attn: Managing Agent
122 East 42nd Street, Suite 2112
New York, NY 10168

Durham Bulls Baseball Club, Inc.
Attn: Nick Bavin
PO Box 601329
Charlotte, NC 28260-1329

Hotschedules
Attn: Managing Agent
PO Box 848472
Durham, NC 27703

Chapel Hill Magazine
Attn: Managing Agent
1777 Fordham Blvd, Suite 105
Chapel Hill, NC 27514

Durham Coca-Cola
Attn: Managing Agent
PO Box 2627
Durham, NC 27715

Imperial Dade
Attn: Managing Agent
9601 NW 112th Ave
Miami, FL 33178

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19114-0326

Netfriends
Attn: Managing Agent
327 Main Street
Durham, NC 27701

Simply Funding, LLC
Attn: Managing Agent
55 Broadway, Suite 1902
New York, NY 10006

Irving Torres Branding
Attn: Irving Torres
2580 C Street
San Diego, CA 92102-2190

OSM Solutions
Attn: Managing Agent
1205 Taulbee Lane
Austin, TX 78757

Surelyne Lee
2408 Mynster Drive
Apex, NC 27523

Jessica Sattler
606 Nottinghill Walk
Apex, NC 27502

Pie Hole, LLC
Attn: Managing Agent
1300 Factory Place, Suite 205
Los Angeles, CA 90013

Tiffany Newman
401 Cardens Lane
Durham, NC 27701

Jive Communications
Attn: Managing Agent
1275 West 1600 North, Suite 100
Orem, UT 84057

PSNC
Attn: Managing Agent
PO Box 100256
Columbia, SC 29202-3256

TP Ninth Street Apartments, LLC
Blue Ridge Realty Attn: Prop Mgr
2501 Blue Ridge Road, Suite 280
Raleigh, NC 27607

Kitchensync
Attn: Managing Agent
925 North La Brea Ave
Los Angeles, CA 90038

Revel Systems
Attn: Managing Agent
303 2nd St, North Tower, Suite 550
San Francisco, CA 94107

TP Ninth Street Apartments, LLC
Attn: Property Manager
2501 Blue Ridge Road, Suite 280
Raleigh, NC 27607

Leasing Innovations, Inc.
Attn: Managing Agent
15 Court Square, Suite 520
Boston, MA 02108

Roberts Oxygen
Attn: Managing Agent
PO Box 5507
Derwood, MD 20855

Tyshaun Shuler
1935 Crowell St
Durham, NC 27707

Martina Tran
4631 Myers Park Drive
Durham, NC 27705

Sarah Olmeda
5215 Lacy Road
Durham, NC 27713

United Restaurant Equipment
Attn: Managing Agent
2654 S. Saunders Street
Raleigh, NC 27603

Mood Media
Attn: Managing Agent
3318 Lakemont Blvd
Fort Mill, SC 29708

SecurTek
Attn: Managing Agent
809 Center Street
Apex, NC 27502

University Sports Publications
Attn: Managing Agent
1821 Hillandale Rd
Durham, NC 27705

NC Department of Revenue
Attn: Bankruptcy Department
P.O. Box 1168
Raleigh, NC 27602-1168

Shimar Recycling, Inc.
Attn: Managing Agent
PO Box 11219
Durham, NC 27703

US Attorney
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

US Foods, Inc.
Attn: Managing Agent
1500 NC Hwy 39
Zebulon, NC 27597


World Business Lenders, LLC
Attn: Managing Agent
101 Hudson Street, 33rd Floor
Jersey City, NJ 07302


Young & Surelyne Lee
2408 Mynster Drive
Apex, NC 27523


Young Lee
2408 Mynster Drive
Apex, NC 27523

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Pielicious, Inc.**

Debtor(s)

Case No.    **18-02932-5**

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for     **Pielicious, Inc.**     in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 21, 2018

Date

/s/ Jason L. Hendren

**Jason L. Hendren**

Signature of Attorney or Litigant

Counsel for    **Pielicious, Inc.**

**Hendren, Redwine & Malone, PLLC**
**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867 Fax:(919) 420-0475**
**jhendren@hendrenmalone.com**

Pielicious Equipment List

## Description

| | |
|---|---|
| Nuvo Simonelli Mythos Grinder Clima Pro | $540 |
| Nuvo Simonelli Grinder, G60, Black | $149 |
| La Marzocco Linea, 3 Group, Semi-Automatic Espresso Mac | $2,250 |
| Wilbur Curtis G4 Thermapro, 1.0G, Twin Brewer | $364 |
| Wilbur Curtis 1.0 Gallon Dispenser with Stylized Base (Qty 5) | $53 |
| Bunn G2 Coffee Grinder | $150 |
| Wilbur Curtis G4 Tea Brewer | $197 |
| Wilbur Curtis 3.5-gal Tea Dispenser (Qty 3) | $64 |
| John Boos Model No. DNS07-X Wood Work Table w/casters | $167 |
| John Boos Model No. PB-DISINK101410-P-SSLR-X Drop In Sink | $40 |
| Glastender Model No. DI-IB18 Drop In Ice Bin | $108 |
| Turbo Air Model No. JUR-48 Undercounter Refrigerator | $380 |
| Turbo Air Model No. TSR-49SD Reach In Refrigerator with Pan Ra | $800 |
| Glastender Model No. FRB-36 Dipping Cabinet (storage room) | $480 |
| Masterchef Dipping Cabinet | $538 |
| Federal Industries Model No. SGR3642 High Volume Refrigerated | $1,000 |
| True Food Service Equipment Model No. GDM-47RL-LD Refrigera | $860 |
| Hand Sink (Qty 3) | $67 |
| Somerset CDR-500 Dough Sheeter | $672 |
| Stainless Steel Work Table 48" | $118 |
| Stainless Steel Work Table 72" | $152 |

| | |
|---|---|
| Stainle Steel Work Table with sink (Qty 2) | $300 |
| Wall Mount Faucet (Qty 2) | $60 |
| Stainless Steel Work Table 72" (Qty 3) | $152 |
| Turbo Air TSR-49SD Reach In Refrigerator | $700 |
| Stainless Steel Work Table 48" | $118 |
| Wall Mount Faucet Three Compartment Sink | $28 |
| Three Compartment Sink | $212 |
| Pre-Rinse Faucet | $82 |
| Drain, Lever Waste (Qty 6) | $60 |
| Manitowoc Model No. IY-0324A Ice Cuber | $767 |
| | |
| Southbend Model No. HDO-48 Range | |
| | |
| | $425 |
| Equipment stand for range | $114 |
| Gas Connector (Qty 3) | $74 |
| LBC Bakery Convection Gas Oven (Qty 2) | $6,926 |
| Wire Shelving (Qty 44) | $285 |
| | |
| Captive-Aire Exhaust Hood | $2,591 |
| | |
| | |
| Walk in Combination Cooler Freezer | $3,561 |
| Dunnage Rack (Qty 3) | $100 |
| Glastender Model No. BB60WR Back Bar Refrigerator | $580 |
| Glastender Model No. KC84L-BS(LRR) Keg Cooler | $1,500 |
| Univex 20qt Mixer | $696 |
| Univex 60qt Mixer | $2,157 |
| Metro Hot Holding Cabinet | $410 |
| Carlisle Catering Boxes | $435 |
| Turbo Chef Ovens (Qty 2) one inoperable | $100 |
| Turbo Chef stand | $60 |
| Indoor Metal Dining Chairs (Qty 64) | $520 |
| Indoor Tables and Bar Top | $3,325 |
| Wood Merchandise Display Cabinet | $370 |
| Outdoor furniture, chairs and umbrellas | $1,358 |
| Trash can stations | $120 |
| Condiment Station Table | $500 |
| Misc smallwares, knives, spoons, spatulas, etc | $1,000 |
| Ethernet Switch | $248 |

| | |
|---|---|
| Ubiquiti Access Point | $40 |
| FortiGate Firewall | $194 |
| Polycomm Telephones (7) | $300 |
| Cannon Color Printer | $60 |
| Safe | $140 |
| 55" Menu Board TVs (Qty 3) | $1,100 |
| Revel POS System | $2,220 |
| **Total:** | **$43,138** |